Same case below, 424 Fed. Appx. 231.

■

**No. 11-6270. Jon M. Withrow, Petitioner v. Texas.**

565 U.S. 1038, 132 S. Ct. 581, 181 L. Ed. 2d 428, 2011 U.S. LEXIS 8193.

November 14, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

■

**No. 11-6272. Torrey Deon Abrams, Petitioner v. James Rudek, Warden.**

565 U.S. 1038, 132 S. Ct. 581, 181 L. Ed. 2d 428, 2011 U.S. LEXIS 8143.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 430 Fed. Appx. 685.

■

**No. 11-6278. Antonio T. Sims, Petitioner v. Thomas D. Hanlon, Superintendent, Indiana Correctional Industrial Facility.**

565 U.S. 1038, 132 S. Ct. 582, 181 L. Ed. 2d 428, 2011 U.S. LEXIS 8215.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

■

**No. 11-6288. Monty D. Sullivan, Petitioner v. Wyoming.**

565 U.S. 1038, 132 S. Ct. 582, 181 L. Ed. 2d 428, 2011 U.S. LEXIS 8114.

November 14, 2011. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 247 P.3d 879.

■

**No. 11-6293. Wayne Benoit Prince, Petitioner v. Arizona.**

565 U.S. 1038, 132 S. Ct. 582, 181 L. Ed. 2d 428, 2011 U.S. LEXIS 8258.

November 14, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 226 Ariz. 516, 250 P.3d 1145.

■

**No. 11-6297. Mary Jones, Petitioner v. Susan Winter, et al.**

565 U.S. 1038, 132 S. Ct. 582, 181 L. Ed. 2d 428, 2011 U.S. LEXIS 8282.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

■

**No. 11-6311. Marie Assa'ad-Faltas, Petitioner v. City of Columbia, South Carolina.**

565 U.S. 1039, 132 S. Ct. 582, 181 L. Ed. 2d 428, 2011 U.S. LEXIS 8195.

November 14, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

■

**No. 11-6316. Alex Maldonado, Petitioner v. David L. Runnels, Warden, et al.**

565 U.S. 1039, 132 S. Ct. 582, 181 L. Ed. 2d 428, 2011 U.S. LEXIS 8189.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.